# United States District Court

## EASTERN DISTRICT OF CALIFORNIA

FILED

SEP 17 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
　　　　　DEPUTY CLERK

UNITED STATES OF AMERICA

v.

**ORDER SETTING CONDITIONS
OF RELEASE**

<u>SAMUEL GARZA</u>　　　　　　　　　　　Case Number: *1:10-cr-00387-OWW*
　　Defendant

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state, or local law while on release in this case.

(2) The defendant shall immediately advice the court, defense counsel and the U.S. attorney in writing of any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. <u>**The defendant shall next appear at U.S. District Court, 2500 Tulare Street, 7th Floor, Courtroom 3 before Judge Oliver W. Wanger on October 4, 2010 at 9:00 am.**</u>

## Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

(✔) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

( ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of _____ dollars ($_____) in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

COPY:　DEFENDANT　　　U.S. ATTORNEY　　　U.S. MARSHAL　　　PRETRIAL SERVICES

GARZA, SAMUEL, III
Dkt. No. 10-387         ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
Name of person or organization

who agrees (a) to supervise the defendant in accordance with all conditions of release,
(b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

SIGNED: _____
CUSTODIAN OR PROXY

(X) (7) The defendant shall:
- (X) (a) **report on a regular basis to the following agency: Pretrial Services and comply with their rules and regulations.**
- (X) (b) **abide by the following restrictions on his personal associations, place of abode, or travel: Reside at a residence approved by Pretrial Services, and not move or be absent from this residence without prior approval of PSO; travel restricted to the Eastern, Central, and Southern Districts of CA, unless otherwise approved in advance by PSO.**
- ( ) (c) maintain or actively seek employment, and provide proof thereof to the PSO upon request.
- ( ) (d) maintain or commence an educational program.
- ( ) (e) avoid all contact with the following named persons, who are considered either alleged victims or potential witnesses: , unless in the presence of counsel or otherwise approved in advance by the PSO.
- (X) (f) **refrain from possessing a firearm, destructive device, or other dangerous weapon.**
- ( ) (g) refrain from excessive use of alcohol, and any use or unlawful possession of a narcotic drug and other controlled substances defined in 21 USC §802 unless prescribed by a licensed medical practitioner.
- ( ) (h) submit to drug and/or alcohol testing as directed by PSO.
- ( ) (i) report any prescriptions to PSO within 48 hours of receipt.
- ( ) (j) undergo medical or psychiatric treatment and/or remain in an institution, as follows: Including treatment for drug and/or alcohol dependency, and pay for costs as approved by the PSO.
- (X) (k) **not view or possess child pornography as defined by 18 USC 2256(8), except in the presence of your attorney to prepare for your defense.**
- (X) (l) **not access the Internet and you shall provide proof of the disconnection or termination of this service as required by the Pretrial Services Officer.**
- (X) (m) **not use or possess a computer in your residence or at any other location unless otherwise approved by the Pretrial Services Officer.**
- ( ) (n) be notified the Pretrial Services Officer shall advise your employer of the conditions of release that may limit your work-related use of a computer or limit your work activities.
- (X) (o) **not loiter or be found within 100 feet of any school yard, park, playground, arcade or other place primarily used by children under the age of 18.**
- (X) (p) **not associate or have verbal, written, telephonic or electronic communication with any person who is under the age of 18, except in the presence of another adult who is the parent or legal guardian of the minor.**
- (X) (q) **not be employed or participate in any volunteer activities in which there is the likelihood of contact with children under the age of 18.**
- (X) (r) **not use any device offering Internet access as a means of accessing any material that relates to the criminal activity charged in the pending allegations.**
- ( ) (s) surrender any passport to the Clerk, United States District Court prior to your release from custody.
- ( ) (t) obtain no passport during the pendency of this case.
- (X) (u) **participate in the following location monitoring program and abide by all the requirements of the program, which will include electronic monitoring or other location verification monitoring system. The defendant shall pay all or part of the costs of the program based upon your ability to pay as determined by the Pretrial Services Officer. Curfew. You are restricted to your residence every day from 9:00 p.m to 5:00 a.m., or as directed by the Pretrial Services Officer.**
- (X) (v) **report in person to the Pretrial Services Agency on the first working day following your release from custody.**

(Copies to: Defendant, US Attorney, US Marshal, Pretrial Services)

## Advice of Penalties and Sanctions

TO THE DEFENDANT: 1:10 CR 387 OWW

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of any crime while on pre-trial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to five years of imprisonment, and a $250,000 fine or both to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court, or to obstruct a criminal investigation. It is also a crime punishable by up to ten years of imprisonment, a $250,000 fine or both, to tamper with a witness, victim or informant, or to retaliate against a witness, victim or informant, or to threaten or attempt to do so.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
  (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;
  (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
  (3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
  (4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear may result in the forfeiture of any bond posted.

### Acknowledgement of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

_____
Address

_____
City and State                    Telephone

### Directions to United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: 9/17/10

_____
Signature of Judicial Officer

_____
Name and Title of Judicial Officer