DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SAMUEL GARZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:10-cr-00387 OWW |
| Plaintiff, | STIPULATION TO ADVANCE SENTENCING HEARING; ORDER |
| v. | Date:   May 16, 2011 |
| SAMUEL GARZA, | Time:  9:00 a.m. |
| Defendant. | Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

counsel that the sentencing hearing in the above-captioned matter now set for May 23, 2011, **may be**

**advanced to May 16, 2011, at 9:00 a.m.**

This reason for advancing the hearing is that neither counsel have objections to the

recommendation which is in accordance with the plea agreement, though there may be requests relating to

verbiage in the report.  This will permit resolution and conserve time and resources for both parties and the

court.

///

///

///

///

1    BENJAMIN B. WAGNER
     United States Attorney
2

3    DATED:  April 28, 2011          By:    /s/ David Gappa
                                             DAVID GAPPA
4                                            Assistant United States Attorney
                                             Attorney for Plaintiff
5

6                                            DANIEL J. BRODERICK
                                             Federal Defender
7

8    DATED:  April 28, 2011          By:    /s/  Ann H. Voris
                                             ANN H. VORIS
9                                            Assistant Federal Defender
                                             Attorney for Defendant
10                                           Samuel Garza

11

12

13

14                        **O R D E R**

15   IT IS SO ORDERED.

16   **Dated:    April 29, 2011**            /s/ Oliver W. Wanger
                                             UNITED STATES DISTRICT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Continue Status Conference
Hearing; Order                    −2−