JAMES R. HOMOLA  #60244
Attorney at Law
2950 Mariposa, Suite 250
Fresno, California 93721
Telephone: (559) 441-7111
Facsimile: (559) 441-7115

Attorney for Defendant
SAMUEL GARZA III

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No 10 CR 387 JLT |
|---|---|
| Plaintiff, | MOTION TO TERMINATE CJA APPOINTMENT OF JAMES R. HOMOLA |
| V. | AS ATTORNEY OF RECORD |
| SAMUEL GARZA III, | [~~PROPOSED~~ ORDER] |
| Defendant. | |

    On May 19, 2011, Mr. GARZA was sentenced to a term of 87 months in custody, followed by 180 months of supervised release. Having served his custodial sentence, his supervised release is set to expire on June 29, 2032.

    On June 3, 2025, effective May 29, 2025, May 30, 2025, Magistrate Judge McAuliffe appointed attorney James R. Homola to represent Mr. GARZA, for purposes of seeking early termination of his term of supervised release.

    A motion for early termination of supervised release was filed on July 1, 2025, and was denied by Judge Thurston on August 1, 2025.

    The period within which to file a notice of appeal has passed. There is no further action to be taken in this matter. Having completed his

representation of Mr. MORENO, CJA attorney James R. Homola now moves to terminate his appointment under the Criminal Justice Act.

Dated: September 23, 2025          Respectfully submitted,

                                             /s/ James R. Homola
                                             JAMES R. HOMOLA
                                             Attorney for Defendant

**[PROPOSED] ORDER**

     Having reviewed the notice, and finding that attorney James R. Homola has completed the services for which he was appointed, the Court hereby grants attorney James R. Homola's request for leave to withdraw as defense counsel in this matter.

     Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California, at 2300 Tulare Street, Suite 330, Fresno California 93721. The telephone numbers for that office are (559) 487-5561 (collect) or (858) 656-4360 (toll free). If appropriate the office will arrange for the appointment of counsel to assist the Defendant.

     The Clerk of the Court is directed to serve a copy of this order on Defendant LEYVA at the following address, and to update the docket to reflect Defendant's pro se status and contact information.

     SAMUEL GARZA III
     3432 Smith Lane
     Clovis, CA  93619

**IT IS SO ORDERED**

Dated: _____Sept. 23_____, 2025          _/s/ Jennifer L. Thurston_
                                                  JENNIFER L. THURSTON
                                                  Judge, U.S. District Court